ALICE J. CUNNINGHAM, an Infant, etc., Respondent, *v.* GREEN WRIGHT, Appellant.

(Argued June 16, 1885 ; decided June 26, 1885.)

*George A. Black* for appellant.

*A. J. Rogers* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

———

THE REMINGTON PAPER COMPANY, Respondent, *v.* ANNA M. O'DOUGHERTY et al., Appellants.

99b 673
149 121
99b 673
156 521

(Submitted June 16, 1885 ; decided June 26, 1885.)

*O'Brien, Emerson & Ward* for appellants.

*Elon R. Brown* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———

THE REMINGTON PAPER COMPANY, Respondent, *v.* ANNA M. O'DOUGHERTY et al., Appellants.

(Submitted June 16, 1885 ; decided June 26, 1885.)

*Elon R. Brown* for appellants.

*O'Brien, Emerson & Ward* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.